# EXHIBIT G

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| HYTERA COMMUNICATIONS CORP. LTD. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case    No. 1:17-CV-01794-DCN |
| | ) | |
| v. | ) | Honorable Donald C. Nugent |
| | ) | |
| MOTOROLA SOLUTIONS INC., | ) | Magistrate Judge William H. Baughman, Jr. |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**EXPERT REPORT OF DAVID V. ANDERSON ON CLAIM
CONSTRUCTION OF ASSERTED U.S. PATENT NO. 9,183,846**

**March 14, 2018**

## I. Introduction

I have been retained by the Defendant, Motorola Solutions, Inc. ("Motorola"), through their counsel—Kirkland & Ellis, LLP—to provide expert testimony in the matter of *Hytera Communications Corp. Ltd. v. Motorola Solutions Inc.*, Case No. 1:17-cv-01794-DCN, pending in the United States District Court for the Northern District of Ohio. It is my understanding that the parties are engaged in claim construction for U.S. Patent No. 9,183,846 ("the '846 patent" or "the Patent-in-Suit"). In this report, I address the construction of certain disputed claim terms and provide the bases for my opinions.

## II. Background and Qualifications

I am currently a Professor in the School of Electrical & Computer Engineering at the Georgia Institute of Technology. I have been at Georgia Tech since 1999, becoming an Associate Professor in 2005 and a Professor in 2012. I regularly teach classes relating to Digital Signal Processing and Computer Engineering. I am being compensated for my time at my standard hourly rate of $400 per hour. My compensation does not depend on the outcome of this investigation or the opinions that I form.

I hold three degrees: a Bachelor of Science in Electrical Engineering from Brigham Young University, which I earned in 1993, a Master of Science in Electrical Engineering from Brigham Young University, which I earned in 1994, and a Ph.D. in Electrical and Computer Engineering from Georgia Tech, which I earned in 1999.

Much of my academic experience has been in signal processing. At Brigham Young, my coursework and research related to noise reduction and hearing-aid algorithms. At Georgia Tech, I continued research into noise reduction, digital signal processing of audio signals, and hearing aid applications for these technologies.

As a professor, I have published about 200 papers, most of which are related to audio processing.  I have published one book on signal processing and have contributed significant portions of three other books on the subject.  In addition, I have had 37 journal articles published since becoming a Professor, and I have had over one hundred and fifty conference papers published over my career.  I am an inventor on seven patents.  I am a Senior Member of the Institute of Electrical and Electronics Engineers (IEEE) and a member of the IEEE Signal Processing Society. A more complete documentation of my experience is provided in my curriculum vitae (see Exhibit 1).  I believe that I am highly qualified to provide testimony in this matter.

## III.    Documents and Other Information I Considered

In order to arrive at my opinions and conclusions concerning the construction of certain disputed terms of the Patent-in-Suit, I reviewed various documents.  The following is a list of the documents upon which I have relied in forming my opinions, all of which are cited in the parties' preliminary claim constructions:

- Patent-in-Suit

- Patent-in-Suit file wrapper (HYTERA_000724)

- Motorola's Preliminary Claim Constructions pursuant to Local Patent Rules 4.2 (a) and (b), dated February 27, 2018

- Hytera's Preliminary Claim Constructions pursuant to Local Patent Rules 4.2 (a) and (b), dated February 27, 2018

- U.S. Patent No. 3,460,071 (MSI-1794-00686490)

- U.S. Patent No. 4,055,818 (MSI-1794-00686496)

- U.S. Patent No. 4,382,158 (MSI-1794-00686505)

- Joshua D. Reiss & Andrew P. McPherson, Audio Effects: Theory, Implementation and Application 90-91 (2014) (MSI-1794-00686433)

- Bruce Bartlett & Jenny Bartlett, Practical Recording Techniques 196-97 (5th ed. 2009) (MSI-1794-00686438)

- Audio Tone Control Using the TLC074 Operational Amplifier, Texas Instruments Application Report (2000) (MSI-1794-00686481)

- Definition of "*Voice Band*," www.telecomdictionary.com

- Definition of "*Audibility*," www.yourdictionary.com

- Definition of "*Audibility*," www.telecomdictionary.com

I may, if appropriate, cite these documents or any material referenced therein as additional support for any of my opinions beyond those expressly cited in this report.  I reserve the right to amend and supplement my opinions, conclusions, and this report if and when I have the opportunity to analyze additional documents or information that may be made available to me, as well as based upon my own independent research.  I further reserve the right to submit reports rebutting opinions that may be expressed in this case.

Any testimony that I provide in this matter concerning claim-construction will be based upon my background knowledge and experience relating to the topics discussed in my report, as well as the documents and things that I have considered in making this report.  If I provide testimony at the claim-construction hearing, I may use some or all of the documents and information listed, mentioned, or described in this report—and materials prepared based on them—as exhibits to support or summarize my opinions.  In addition, I may supplement these materials with other materials and charts to provide additional context, background, or information.  In addition to the items that I have relied upon, or may rely upon in the future, I expect to use exemplary evidence, as identified above and elsewhere in this report, to present my opinions as set forth in this report.

## IV.  Legal Standards

In connection with the opinions and conclusions in this report, it is my understanding that some or all of the following legal rules, standards, or requirements may apply.  I have applied these standards in my analysis of the Patent-in-Suit in order to arrive at my opinions.

### A.  Person of Ordinary Skill in the Art

I understand that a person of ordinary skill in the art (a "POSITA") is a hypothetical person who is presumed to have known the relevant art at the time of the invention, and that the factors that may be considered in determining the level of ordinary skill in the art may include: (a) type of problems encountered in the art; (b) prior art solutions to those problems; (c) rapidity with which innovations are made; (d) sophistication of the technology; and (e) educational level of active workers in the field.  In a given case, every factor may not be present, and one or more factors may predominate.  I also understand that the hypothetical person having ordinary skill in the art to which the claimed subject matter pertains would, of necessity, have the capability of understanding the scientific and engineering principles applicable to the pertinent art, and moreover, is a person of ordinary creativity, not an "automaton."

Although the time of invention based on the face of the '846 patent is May 29, 2014, it is my understanding that Hytera claims an earlier invention date of November 19, 2010.  While I reserve my right to opine on whether the '846 patent was conceived of and reduced to practice by that date, I have been told to assume that that date is the invention date of the '846 patent.

Based upon my experience and personal knowledge, a POSITA for the Patent-in-Suit would have had at least a Bachelor's degree in Electrical Engineering, Computer Engineering, or Computer Science, with at least two to three years of experience in signal processing and/or communications, or an equivalent degree and/or experience.  Superior education would compensate for a deficiency in experience, and vice versa.

### B.    Claim Construction

I understand that, although claim language defines the legal scope of a patent, the primary source of evidence for claim construction is the entire body of intrinsic evidence (*i.e.*, the patent itself, including the claims, the specification, and the prosecution history).  I further understand that the words used in a claim are generally given their ordinary and customary meaning, which is the meaning to the ordinary artisan after reading the entire patent.  The patent's specification is the single best guide to the meaning of a disputed term, and usually is dispositive on claim construction.

## V.    Claim Construction of the Patent-in-Suit

### A.    Overview of Patent-in-Suit

The Patent-in-Suit is directed towards "[a] method for adaptively adjusting an acoustic effect and an apparatus thereof."  ('846 patent at Abstract, 1:66-67.)  The Patent-in-Suit has a total of six (6) asserted claims.

### B.    U.S. Patent No. 9,183,846

#### 1.    "an energy value"

Based on my years of experience, a POSITA reading the '846 patent in light of the specification and the file history would have understood the claim term "an energy value" to mean: "a single energy value."  This construction is consistent with and supported by a plain reading of the claim language and all of the intrinsic evidence.  (*See, e.g.*, '846 patent at Abstract, Figures 1 and 2, Claim 1, 2:9-19, 3:10-24, 5:8-38, 8:31-33, 8:45-47, 9:1-3, 9:13-19, 9:24-31, 9:37-46, 10:45-46, 11:20-40, 11:44-58; File Wrapper of '846 Patent, Notice of Allowability.)

For example, a POSITA would have understood that a reference to "energy value" in which "value" is singular and in which "energy value" is preceded by the indefinite article "an," followed by subsequent references to "the energy value" means that "an energy value" refers to a ***single***

energy value.  (*See, e.g.*, '846 patent at Abstract, Figures 1 and 2, Claim 1, 2:9-19, 3:10-24, 5:8-38, 8:31-33, 8:45-47, 9:1-3, 9:13-19, 9:24-31, 9:37-46, 10:45-46, 11:20-40, 11:44-58; File Wrapper of '846 Patent, Notice of Allowability.)  A POSITA reading the '846 patent would also have observed that in each instance in which the patent refers to "energy value," it is referring to a *single* value. (*See, e.g.*, '846 patent at Abstract, Figures 1 and 2, Claim 1, 2:9-19, 3:10-24, 5:8-38, 8:31-33, 8:45-47, 9:1-3, 9:13-19, 9:24-31, 9:37-46, 10:45-46, 11:20-40, 11:44-58.)  In the context of a single claim, reference to "the energy value" would therefore in each case refer to that *same* "energy value." (*See, e.g.*, *id.* at Abstract, Figures 1 and 2, Claim 1, 2:9-19, 3:10-24, 5:8-38, 8:31-33, 8:45-47, 9:1-3, 9:13-19, 9:24-31, 9:37-46, 10:45-46, 11:20-40, 11:44-58.)

### 2.  "treble boost [processing]"[1]

Based on my years of experience, a POSITA reading the '846 patent in light of the specification and the file history would have understood the claim term "treble boost" to mean: "an amplification of all treble frequencies using a gain greater than 1."  This construction is consistent with and supported by a plain reading of the claim language and all of the intrinsic evidence.  (*See, e.g.*, '846 patent at Abstract, Figure 5, 1:28-40, 2:9-19, 3:10-24, 4:38-40, 5:13-22, 10:50-11:13, 11:44-58; File Wrapper of '846 Patent, Notice of Allowability.)

For example, the '846 patent explains what a "treble boost" is with reference to Figure 5, which a POSITA would understand to depict all treble frequencies being amplified using a gain greater than 1.  (*See* '846 patent at Figure 5, 10:50-11:13.)  Figure 5 of the '846 patent is a graph depicting the amplitude response in dB of frequencies during a "treble boost."  (*Id.* at Figure 5,

---

[1]  I understand that Motorola proposes to construe "treble boost" and "bass boost," and Hytera proposes to construe "treble boost processing" and "bass boost processing."  I do not believe it is necessary to construe the relatively longer terms proposed by Hytera, but in any event, my opinions do not depend on which of these two sets of phrases may ultimately be construed in this matter.

4:38-40.) A POSITA would understand Figure 5 to indicate that during a "treble boost," the amplitude of treble frequencies is increased by a factor greater than 1 (*i.e.*, to values greater than 0 dB), as reflected in Motorola's proposed construction. (*Id.*) Furthermore, a POSITA would understand that the attenuated frequencies and the frequencies receiving no gain in Figure 5 are not treble frequencies. (*See, e.g.*, *id.* Figure 5, 4:38-40, 10:50-11:13; File Wrapper of '846 Patent, Notice of Allowability.)

In addition to the intrinsic evidence, Motorola's proposed construction of "treble boost" is also consistent with and supported by extrinsic evidence that predates or is contemporaneous with the '846 patent. (*See, e.g.*, U.S. Patent No. 3,460,071 at 1:35-55 (explaining that emphasizing the signal level of treble frequencies to a level higher than the signal level of mid-range frequencies is boosting); U.S. Patent No. 4,055,818 at Figure 3, 1:8-19, 3:37-40, 4:40-52, 6:3-9 (explaining that treble boosting is increasing high frequency response with respect to middle and low frequencies); U.S. Patent No. 4,382,158 at 2:6-7, 3:46-64, 6:6-17 (explaining how to boost treble frequencies); Joshua D. Reiss & Andrew P. McPherson, Audio Effects: Theory, Implementation and Application 90-91 (2014) (depicting frequency response for treble boost); Bruce Bartlett & Jenny Bartlett, Practical Recording Techniques 196-97 (5th ed. 2009) (depicting frequency response for treble boost); Audio Tone Control Using the TLC074 Operational Amplifier, Texas Instruments Application Report 2-3, 5-7 (2000) (depicting frequency response for treble boost).) Indeed, several references include amplitude response curves depicting a "treble boost" that is very similar to Figure 5 of the '846 patent, each showing increased amplitude of treble frequencies by a factor greater than 1 with respect to other frequencies on the spectrum. (*See, e.g.*, U.S. Patent No. 3,460,071 at 1:35-55; U.S. Patent 4,055,818 at Figure 3, 1:8-19, 3:37-40, 4:40-52, 6:3-9; Joshua D. Reiss & Andrew P. McPherson, Audio Effects: Theory, Implementation and Application 90-91

(2014); Bruce Bartlett & Jenny Bartlett, Practical Recording Techniques 196-97 (5th ed. 2009); Audio Tone Control Using the TLC074 Operational Amplifier, Texas Instruments Application Report 2-3, 5-7 (2000).)

I understand that Hytera proposes to construe "treble boost processing" to mean "an automatic adjustment that results in increased audibility of high frequencies in the voice band of the current output." (Hytera's Preliminary Claim Constructions pursuant to Local Patent Rules 4.2 (a) and (b), dated February 27, 2018.)  In my opinion, this proposed construction is incorrect because it is not supported by the intrinsic record or by the understanding of a POSITA, as discussed above. (*See, e.g.*, '846 patent at Abstract, Figure 5, 1:28-40, 2:9-19, 3:10-24, 4:38-40, 5:13-22, 10:50-11:13, 11:44-58; File Wrapper of '846 Patent, Notice of Allowability.)

### 3.    "bass boost [processing]"

Based on my years of experience, a POSITA reading the '846 Patent in light of the specification and the file history would have understood the claim term "bass boost" to mean: "an amplification of all bass frequencies using a gain greater than 1."  This construction is consistent with and supported by a plain reading of the claim language and all of the intrinsic evidence.  (*See, e.g.*, '846 patent at Abstract, Figure 6, 1:28-40, 2:9-19, 3:10-24, 4:41-43, 5:13-17, 5:22-26, 10:50-11:13, 11:44-58; File Wrapper of '846 Patent, Notice of Allowability.)

For example, the '846 patent explains what a "bass boost" is with reference to Figure 6, which a POSITA would understand to depict all bass frequencies being amplified using a gain greater than 1.  (*See* '846 patent at Figure 6, 10:50-11:13.)   Figure 6 of the '846 patent is a graph depicting the amplitude response in dB of frequencies during a "bass boost."  (*Id.* at Figure 6, 4:41-43.)  A POSITA would understand Figure 6 to indicate that during a "bass boost," the amplitude of bass frequencies is increased by a factor greater than 1 (*i.e.*, to values greater than 0 dB), as

reflected in Motorola's proposed construction.  (*Id.*)  Furthermore, a POSITA would understand that the attenuated frequencies and the frequencies receiving no gain in Figure 6 are not bass frequencies.  (*See, e.g.*, *id.* at Figure 6, 4:41-43, 10:50-11:13; File Wrapper of '846 Patent, Notice of Allowability.)

In addition to the intrinsic evidence, Motorola's proposed construction of "bass boost" is also consistent with and supported by extrinsic evidence that predates or is contemporaneous with the '846 patent.  (*See, e.g.*, U.S. Patent No. 3,460,071 at 1:35-55 (explaining that emphasizing the signal level of bass frequencies to a level higher than the signal level of mid-range frequencies is boosting); U.S. Patent No. 4,055,818 at Figure 3, 1:8-19, 3:37-40, 4:40-52, 6:3-9 (explaining that bass boosting is increasing low frequency response with respect to the middle and high frequencies); U.S. Patent No. 4,382,158 at 2:6-7, 3:46-64, 6:6-17 (explaining how to boost bass frequencies); Joshua D. Reiss & Andrew P. McPherson, Audio Effects: Theory, Implementation and Application 90-91 (2014) (depicting frequency response for bass boost); Bruce Bartlett & Jenny Bartlett, Practical Recording Techniques 196-97 (5th ed. 2009) (depicting frequency response for bass boost); Audio Tone Control Using the TLC074 Operational Amplifier, Texas Instruments Application Report 2-3, 5-7 (2000) (depicting frequency response for bass boost).) Indeed, several references include amplitude response curves depicting a "bass boost" that is very similar to Figure 6 of the '846 patent, each showing increased amplitude of bass frequencies by a factor greater than 1 with respect to other frequencies on the spectrum.  (*See, e.g.*, U.S. Patent No. 3,460,071 at 1:35-55; U.S. Patent 4,055,818 at Figure 3, 1:8-19, 3:37-40, 4:40-52, 6:3-9; Joshua D. Reiss & Andrew P. McPherson, Audio Effects: Theory, Implementation and Application 90-91 (2014); Bruce Bartlett & Jenny Bartlett, Practical Recording Techniques 196-97 (5th ed. 2009);

Audio Tone Control Using the TLC074 Operational Amplifier, Texas Instruments Application Report 2-3, 5-7 (2000).)

I understand that Hytera proposes to construe "bass boost processing" to mean "an automatic adjustment that results in increased audibility of low frequencies in the voice band of the current output." (Hytera's Preliminary Claim Constructions pursuant to Local Patent Rules 4.2 (a) and (b), dated February 27, 2018.)  In my opinion, this proposed construction is incorrect because it is not supported by the intrinsic record or by the understanding of a POSITA, as discussed above. (*See, e.g.*, '846 patent at Abstract, Figure 6, 1:28-40, 2:9-19, 3:10-24, 4:41-43, 5:13-17, 5:22-26, 10:50-11:13, 11:44-58; File Wrapper of '846 Patent, Notice of Allowability.)

## VI.  Conclusion

For the foregoing reasons, it is my opinion that the claim constructions proposed by Motorola are proper.

Respectfully Submitted,

David V. Anderson, Ph.D.

Date: March 14, 2018

# EXHIBIT 1

*School of Electrical and Computer Engineering*
*Georgia Institute of Technology*
☏ 770-883-0708
✉ anderson@gatech.edu

# David V. Anderson

## Earned Degrees

| | |
|---|---|
| 1999 | **Ph.D. in Electrical and Computer Engineering**. <br> Georgia Institute of Technology |
| 1994 | **M.S. in Electrical Engineering**. <br> Brigham Young University |
| 1993 | **B.S. in Electrical Engineering**. <br> Brigham Young University |

## Employment

| | |
|---|---|
| 2012-present | **Professor**, *School of Electrical & Computer Engineering*, Georgia Institute of Technology, Atlanta, Georgia. |
| 2011–present | **Partner**, *Ratrix Technologies, LLC*, Atlanta, Georgia. <br> High-tech start-up with NSF SBIR funding to develop wireless data receivers |
| 2005-2012 | **Associate Professor**, *School of Electrical & Computer Engineering*, Georgia Institute of Technology, Atlanta, Georgia. |
| 2009 | **Visiting Professor**, *Department of Computer Science*, Korea University, Seoul, South Korea. |
| 1999-2005 | **Assistant Professor**, *School of Electrical & Computer Engineering*, Georgia Institute of Technology, Atlanta, Georgia. |
| 1999 | **Education Specialist**, *Texas Instruments, Inc.*, Dallas, Texas. |

## Professional Service

| | |
|---|---|
| 2014-2015 | Chair, Computer Systems and Software area in Electrical and Computer Engineering, Georgia Institute of Technology |
| 2014 | Treasurer, IEEE Global Conference on Signal and Information Processing (GlobalSIP) |
| 2011–present | ECE Advisory Board, Rose-Hulman Institute of Technology |
| 2011-2014 | Chair, Institute Faculty Status Grievance Committee, Georgia Institute of Technology |
| 2010–present | Member, Institute Faculty Status Grievance Committee, Georgia Institute of Technology |
| 2010 | Technical Area Chair for the Asilomar Conference on Signals, Systems, and Computers |
| 2009-2014 | Member, ECE Graduate Student Recruiting Committee, Georgia Institute of Technology |

| | |
|---|---|
| 2006–2007 | Associate Director, Center for Research in Embedded Systems Technology |
| 2005–2008 | Member, Institute Graduate Committee, Georgia Institute of Technology |
| 2005-2008 | Member, Georgia Tech Faculty Senate, Georgia Institute of Technology |
| 2004–2007 | Associate Director over Education Outreach for the Center for Research on Embedded Systems (CREST) |
| 2003 | Co-Chair for the NSF Symposium on Next Generation Automatic Speech Recognition |
| 2002 | Local Arrangements Chair for the DSP Workshop |
| 2002 | Local Arrangements Chair for the Signal Processing Education Workshop |
| 2001–2009 | Member, ECE Graduate Committee, Georgia Institute of Technology |
| 2000 | Technical Co-Chair for Signal Processing Education Workshop |
| 1999–2001 | Member, ECE Computing Committee, Georgia Institute of Technology |
| 1999–present | Reviewer for numerous journals and conference publications |

## Consulting

| | |
|---|---|
| 2017–present | Expert witness for Motorola Solutions, Inc, represented by Kirkland and Ellis, LLC in *Hytera Communications Corp. Ltd. v. Motorola Solutions Inc.*, No. 1:17-cv-01794 (Northern District of Ohio) |
| 2017–present | Expert witness for III Holdings, represented by Posinelli LLP in IPR K/S HIMPP et al. v. III Holdings |
| 2017–2018 | Expert witness for Motorola Solutions, Inc, represented by Kirkland and Ellis, LLC in *In the Matter of Certain Two-Way Radio Equipment and Systems, Related Software and Components Thereof* before the International Trade Commission, Investigation No. 337-TA-1053 |
| 2017–2018 | Expert witness for St. Lawrence Communications LLC, represented by AZA Law LLC in *Saint Lawrence Communications LCC v. Apple Inc., AT&T Mobility, and Cellco Partnership D/B/A Verizon Wireless Civil Action No. 2:16-cv-00082-JRG (Eastern District of Texas)* |
| 2016–2017 | Expert witness for Samsung Corporation, represented by Covington Burlington, LLP in *In the Matter of Certain Audio Processing Hardware, Software, and Products Containing the Same* before the International Trade Commission, Investigation No. 337-TA-1026 |
| 2016–2017 | Expert consultant for Alston and Bird, LLC on behalf of Nokia. |
| 2015–2016 | Expert witness for Acer, Inc.; Acer America Corp.; ASUS TeK Computer Inc.; ASUS Computer International; Dell Inc.; Hewlett Packard Co.; Lenovo Holding Co., Inc.; Lenovo (United States) Inc.; Toshiba Corp.; and Toshiba America Information Systems, Inc. in *In the matter of certain audio processing hardware and software products contain same* before the International Trade Commission, case 337-TA-949 (deposed) |

2015    Expert witness for Realtek Semiconductor Corporation, represented by Steptoe & Johnson, LLP in *Realtek Semiconductor Corporation v. Andrea Electronics Corporation before the United States Patent and Trademark Office Patent Trial and Appeal Board*, Case Numbers IPR2015-01392, IPR2015-01393, IPR2015-01394, IPR2015-01395, IPR2015-01396

2015    Expert witness for Realtek Semiconductor Corporation, represented by Chen Malin, LLP in *In the matter of certain audio processing hardware and software products contain same* before the International Trade Commission, case 337-TA-949

2012–2013    Expert witness for MobileMedia Ideas, LLC, represented by Proskauer in *MobileMedia Ideas LLC, v. Research in Motion Limited and Research in Motion Corporation, Civil Action No. 3:11-cv-02353-N (Northern District of Texas)* (deposed)

2009-2013    Expert witness for Oticon, LLC, represented by Birch, Steward, Kolasch, & Birch, L.L.P. in *Oticon, Inc. v. Sebotek Hearing systems, LLC, et al., Civil Action No. 3:08-cv-05489-FLW (District of New Jersey)* and *Sound Design Technologies, Ltd. v Oticon, Inc., Civil Action No. 2:11-cv-01375-SRB (District of Arizona)* (deposed twice, testified in Markman hearing)

2007-2011    Expert Consultant, Alston and Bird, LLC performing internal analysis for various Nokia Patents

2011    Expert consultant for Alston and Bird, LLC on behalf of Nokia in *Nokia Corporation v. Apple Inc., Civil Action No. 1:09-cv-00791-GMS (District of Delaware)*

2011    Expert witness for Flightcom Corporation, represented by Alston and Bird, LLC in *TechnoFirst S.A. v. Flightcom Corp., Civil Action No. 2:05-cv-00411-HCM-FBS (Eastern District of Virginia)*

2011    Expert consultant for Alston and Bird, LLC on behalf of Nokia in *Nokia Corporation v. Apple Inc., Civil Action No. 1:09-cv-00791-GMS (District of Delaware)* (patent analysis)

2008    Technical Consultant, Sound Innovations, Inc., White River Junction, Vermont

2007-2008    Expert witness for Oticon, LLC and Bernafon, represented by Finnegan and Henderson in *Energy Transportation Group, Inc, v. Sonic Innovations, Inc., et al, Case 1:05-cv-00422-GMS (District of Delaware)* (non-infringement expert, deposed, testified before jury)

2007–2008    Technical Consultant, Personics Labs, Boca Raton, Florida

2005–2008    Technical Consulant and Technical Advisory Board member, GTronix, Inc., Fremont, California

1998–2000    Technical Consultant, ASPI, Inc., Atlanta, Georgia

## Community Involvement (selected)

2012–2016    President, Waters Mill Home Owners Association

| 2006–2015 | Judge for the Georgia FIRST Lego League State Championships robotics competition for middle school students |
| 2005–present | Assistant Scoutmaster, Merit Badge Counselor, and Woodbadge recipient, Boy Scouts of America |
| 1987-1989 | LDS Mission Service in Tempe Arizona |

## Honors and Awards (selected)

| 2004 | Presidential Early Career Award for Scientists and Engineers (PECASE) |
| 2004 | NSF Faculty Early Career Development (CAREER) Award |
| 2006 | US Frontiers of Engineering Fellow, National Academy of Engineering |
| 2006 | Frontiers of Science Fellow, National Academy of Science |
| 2009 | Nominated by the School of Electrical and Computer Engineering for the Institute 2009 Outstanding Faculty Leadership Award for the Development of Graduate Research Assistants |

## Memberships

| 1991–present | Senior Member IEEE (Institute of Electrical and Electronics Engineers) |
| | Member IEEE Signal Processing Society |
| | Member IEEE Education Society |
| | Member IEEE Communications Society |
| 1994–present | Member ASA (Acoustical Society of America) |

## Teaching—Ph.D. Students Graduated

**2004 Tyson S. Hall, Ph.D.**
Thesis: Field–Programmable Analog Arrays: A Floating–Gate Approach
Current: Professor at Southern Adventist University

**2005 Heejong Yoo, Ph.D.**
Thesis: Low–Power Audio Input Enhancements for Portable Devices
Current: IP department at Qualcomm, Inc.

**2005 Venkatesh Krishnan, Ph.D.**
Thesis: A framework for low bit-rate speech coding in noisy environments
Current: Multimedia research group at Qualcomm, Inc.

**2006 Cenk Demiroglu, Ph.D.**
Thesis: Multisensor Segmentation-based Noise Suppression for Intelligibility Improvement in MELP Coders
Current: Assistant Professor at Özyeğin University (Turkey)

**2006 Rongqiang (James) Hu, Ph.D.**

Thesis: Multi-Sensor Noise Suppression and Bandwidth Extension for Enhancement of Speech

Current: Nintendo

**2007 Sourabh Ravindran, Ph.D.**

Thesis: Physiologically Motivated Methods for Audio Pattern Classification

Current: Director, Mobile Processor Innovation Lab at Samsung

**2007 Shyam Subramanian, Ph.D.**

Thesis: Methods for Synthesis of Multiple-Input Translinear Element Networks

Current: Senior Principal Design Engineer at Cadence Design Systems

**2007 Teahyung Lee, Ph.D.**

Thesis: Algorithm-based Efficient Approaches for Motion Estimation Systems

Current: Intel Research

**2009 Nikolaos Vasiloglou, Ph.D.**

Thesis: Isometry and Convexity in Dimensionality Reduction

Current: Entreprenuer and Consultant in Machine Learning

**2009 Haw Jing (Michael) Lo, Ph.D.**

Thesis: Design of a Reusable Distributed Arithmetic Filter and its Application to the Affine Projection Algorithm

Current: Qualcomm, Inc.

**2009 Ismail Faik Baskaya, Ph.D.**

Thesis: Physical Design Automation for Large Scale Field Programmable Analog Arrays

Current: Assistant Professor at Boğaziçi University, Istanbul (Turkey)

**2009 Walter Huang, Ph.D.**

Thesis: Implementation of Adaptive Digital FIR and Reprogrammable Mixed-Signal Filters using Distributed Arithmetic

Current: Qualcomm, Inc.

**2009 Jungwon Lee, Ph.D.**

Thesis: Efficient Image Compression System with a CMOS Transform Imager

Current: Senior Engineer, Samsung Electronics, Korea

**2009 Harry (Bo) Marr, Ph.D.**

Co-advisor: Jennifer Hasler

Thesis: Learning, Probabilistic, and Asynchronous Technologies for an Ultra Efficient Datapath

Current:  Director of Low Power Computing Group Raytheon at Raytheon, Inc.

2011  **Brian Gestner, Ph.D.**

Thesis:  Lattice Reduction for MIMO Detection: From Theoretical Analysis to Hardware Realization

Current:  Chief Technology Officer at Soneter

2012  **Jason George, Ph.D.**

Thesis:  Harnessing Resilience: Biased Voltage Overscaling for Probabilistic Signal Processing

Current:  Entrepreneur

2012  **Leung Kin Chui, Ph.D.**

Thesis:  Efficient audio signal processing for embedded systems

Current:  Design Engineer at Texas Instruments

2012  **Jorge Marin, Ph.D.**

Thesis:  Robust binaural noise-reduction strategies with binaural-hearing-aid constraints: design, analysis and practical considerations

Current:  Professor at Universidad del Quindío

2012  **Devangi Parikh, Ph.D.**

Thesis:  Improving the quality of speech in noisy environments

Current:  Biomedical Research Lab at Texas Instruments

2012  **Varinthira Duangudom, Ph.D.**

Thesis:  Computational auditory saliency

Current:  Homemaker

2013  **Irteza Syed, Ph.D.**

Thesis:  Classification using Residual Vector Quantization

Current:  Aero, Inc, Pakistan

2014  **Syed Hussain Raza, Ph.D.**

Thesis:  Temporally Consistent Semantic Segmentation in Videos

Current:  NVIDIA

2014  **Nashie Sephus, Ph.D.**

Thesis:  A Framework for Exploiting Modulation Spectral Features in Music Data Mining and Other Applicaitons

Current:  CTO at Partpic, Inc.

| 2015 | **Ryan Curtin, Ph.D.** |
|---|---|
| Thesis: | Improving Dual-Tree Algorithms |
| Current: | Symantec |

| 2015 | **Chu Meh Chu, Ph.D.** |
|---|---|
| Thesis: | Exploiting Temporal and Spatial Redundancies for Vector Quantization of Speech and Images |
| Current: | Georgia Perimeter College |

| 2016 | **Jinwoo Kang, Ph.D.** |
|---|---|
| Thesis: | Face Recognition for Vehicle Personalization |

| 2017 | **Kaitlin Fair, Ph.D.** |
|---|---|
| Thesis: | A Biologically Plausible Sparse Approximation Solver on Neuromorphic Hardware |
| Current: | Air Force Research Lab |

| 2017 | **Muhammed Rizwan, Ph.D.** |
|---|---|
| Thesis: | Adaptation of Hybrid Deep Neural Network–Hidden Markov Model Speech Recognition System using a Sub-space Approach |
| Current: | Assistant Professor in Pakistan |

## Teaching—Current Ph.D. Students

| 2006–present | **Nathan Parrish**—Passed Prelimin Exam: 2007. Proposal completed 2014. Thesis area: Particle Filters for Tracking Tongue Movements via Magnetic Sensors. *Currently working and attending school part-time.* |
|---|---|
| 2012–present | **Brandon Carroll**—Passed Prelimin Exam: 2012. Proposal completed 2015. Thesis area: Frozen Dictionary Based Disease Detection and Dictionary Based Novelty Detection for Automated Poultry Monitoring |
| 2013–present | **Bradley Whitaker**—Passed Prelimin Exam: 2013. Proposal submitted 2016. Thesis area: Sparse Dictionaries for Anomaly Detection |
| 2015–present | **Babafemi Odelowo**—Passed Prelim Exam. Proposal completed 2016. Thesis area: Speech Enhancement |
| 2015–present | **Chieh-Feng Cheng**—Passed Prelim Exam 2015. Thesis area: Activity Detection Using Audio |
| 2016–present | **Lee Richert**—Passed Prelim Exam 2015. Thesis area: Sparse Signal Modeling |
| 2016–present | **You Wang**—Passed Prelim Exam 2016. |
| 2017–present | **Chuyao Feng**—Passed Prelim Exam 2016. |

## Masters Thesis Students Graduated

2002 **Hyung K. Choi**

Thesis: Blind Source Separation of the Audio Signals in a Real World

2003 **Paul Hultz**

Thesis: Backward Masking in the Human Auditory System

2006 **Daniel Allred**

Thesis: Evaluation and Comparison of Beamforming Algorithms for Microphone Array
Speech Processing

2012 **Ailar Javadi**

Thesis: Bio-inspired noise robust auditory features

2012 **Guillermo Colón**

Thesis: Avian musing feature space analysis

2016 **Tushar Supe**

Thesis: Super–CORDIC: Low Delay CORDIC Architectures for Computing Complex
Functions

### B.2.b. M.S. Students in Progress (with Thesis)

2016–present **Jonathon Austin**. Thesis: Distributed Sparse Dictionary Learning

# Scholarly Accomplishments

### Published Books

Wayne T. Padgett and David V. Anderson. *Fixed-point Signal Processing.*
Synthesis Lectures on Signal Processing. Morgan & Claypool Publishers, 2009.

### Published Parts of Books

J. H. McClellan, R. W. Schafer, and M. A. Yoder. *DSP First: A Multimedia
Approach.* Prentice Hall, 1998. Assisted in the preparation of the multi-media
CD-ROM that accompanies the text. Wrote and revised the laboratory projects
included in the text.

Sheng-Yu Peng, Paul E. Hasler, and David Anderson. An analog programmable
multi-dimensional radial basis function based classifier. In *IFIP WG 10.5
International Conference on Very Large Scale Integration of System-on-Chip*,
pages 13–18, Atlanta, GA, October 2007.

Jorge Marin-Hurtado and David V. Anderson. *Independent Component
Analysis for Audio and Biosignal applications*, chapter Preservation of
Localization Cues in BSS-Based Noise Reduction: Application in Binaural
Hearing Aids. InTech, 2012. Ganesh R Naik, ed.

## Refereed Journal Publications

Paul Hasler, Abhishek Bandyopadhyay, and David V. Anderson. High fill–factor imagers for neuromorphic processing enabled by floating–gate circuits. *EURASIP Journal on Applied Signal Processing*, 2003(7):676–689, June 2003. Invited paper for special issue on neuromorphic signal processing and implementation.

Venkatesh Krishnan and David V. Anderson. Joint design of channel–optimized multistage vector quantizer. *IEEE Signal Processing Letters*, 11(1):5–7, January 2004.

Venkatesh Krishnan, David V. Anderson, and Kwan Truong. Optimal multistage vector quantization of LPC parameters over noisy channels. *IEEE Transactions on Speech and Audio Processing*, 12(1):1–8, January 2004.

Paul S. Hong, David V. Anderson, Doug B. Williams, Thomas P. Barnwell III Joel R. Jackson, Monson H. Hayes III, Ronald W. Schafer, and John D. Echard. "DSP for practicing engineers:" A case study in internet course delivery. *IEEE Transactions on Education*, 47(3):301–310, August 2004.

Abhishek Bandyopadhyay, Paul Hasler, and David V. Anderson. A CMOS floating–gate matrix transform imager. *IEEE Sensors*, 5(3):455–462, 2005.

Paul Hasler, Paul D. Smith, Rich Ellis, David Graham, and David Anderson. Analog floating–gate, on–chip auditory sensing system interfaces. *IEEE Sensors*, 5:1027–1034, October 2005.

Sourabh Ravindran, Kristopher Schlemmer, and David V. Anderson. A physiologically inspired method for audio classification. *EURASIP Journal on Applied Signal Processing*, 2005(9):1374–1381, 2005.

Tyson S. Hall, Christopher M. Twigg, Paul Hasler, and David V. Anderson. Developing large–scale field–programmable analog arrays for rapid prototyping. *International Journal for Embedded Systems*, 1(3/4):179–192, 2005.

Sourabh Ravindran, Paul Smith, David Graham, Varinthira Duangudom, David Anderson, and Paul Hasler. Towards biologically inspired on–chip auditory processing. *EURASIP Journal on Applied Signal Processing*, 2005(7):1082–1092, 2005.

Daniel J. Allred, David V. Anderson, Walter Huang, Venkatesh Krishnan, and Heejong Yoo. LMS adaptive filters using distributed arithmetic for high throughput. *IEEE Transactions on Circuits and Systems*, 52(7):1327–1337, July 2005.

Tyson S. Hall and David V. Anderson. A framework for teaching real-time digital signal processing with field-programmable gate arrays. *IEEE Transactions on Education*, 48(3):551 – 558, August 2005.

Tyson S. Hall, Christopher M. Twigg, Jordan D. Gray, Paul Hasler, and David V. Anderson. Large–scale field–programmable analog arrays for analog

signal processing. *IEEE Transactions on Circuits and Systems*, 52(11):2298 – 2307, November 2005.

Faik Baskaya, Sasank Reddy, Sung Kyu Lim, and David V. Anderson. Placement for large-scale floating-gate field programable analog arrays. *IEEE Transactions on Very Large Scale Integration Systems*, 14(8):906–910, August 2006.

Sheng-Yu Peng, Paul Hasler, and David V. Anderson. An analog programmable multi-dimensional radial basis function based classifier. *IEEE Transactions on Circuits and Systems I*, 54(10):2148–2158, October 2007.

Erhan Ozalevli, Walter Huang, Paul E. Hasler, and David V. Anderson. A reconfigurable mixed-signal VLSI implementation of distributed arithmetic used for finite-impulse response filtering. *IEEE Transactions on Circuits and Systems I*, 55(2):510–521, March 2008.

Kofi M. Odame, David V. Anderson, and Paul Hasler. A bandpass filter for inherent gain adaptation for hearing applications. *IEEE Transactions on Circuits and Systems I*, 55(3):786–795, April 2008.

Wei Zhang, Xiaoli Ma, Brian Gestner, and David V. Anderson. Designing low-complexity equalizers for wireless systems. *IEEE Communications Magazine*, 47(1):56–62, January 2009.

Faik Baskaya, David V. Anderson, and Sung Kyu Lim. Net sensitivity based optimization of large-scale field programmable analog array (FPAA) placement and routing. *IEEE Transactions on Circuits and Systems II*, 56(7):565–569, July 2009.

L.J. Karam, I. Alkamal, A. Gatherer, G.A. Frantz, D.V. Anderson, and B.L. Evans. Trends in multicore DSP platforms. *IEEE Signal Processing Magazine*, 26(6):38–49, November 2009.

Bo Marr, Jason George, Brian Degnan, David V. Anderson, and Paul E. Hasler. Error immune logic for low power probabilistic computing. *VLSI Design*, 2010. doi:10.1155/2010/460312.

Walter Huang and David V. Anderson. Modified sliding-block distributed arithmetic with offset binary coding for adaptive filters. *Journal of Signal Processing Systems*, April 2010. Available: http://dx.doi.org/10.1007/s11265-010-0479-4.

David V. Anderson. Storytelling—the missing art in engineering presentations. *IEEE Signal Processing Magazine*, 28(2):109–111, March 2011.

Brian Gestner, Wei Zhang, Xiaoli Ma, and David V. Anderson. Lattice reduction for MIMO detection: From theoretical analysis to hardware realization. *IEEE Transactions on Circuits and Systems I*, 58(4):813 –826, April 2011.

J. Marin Hurtado and David V. Anderson. FFT-based block processing in speech enhancement: Potential artifacts and solutions. *IEEE Transactions on Audio, Speech and Language Processing*, 19(8):2527–2537, November 2011.

Brian Gestner, Xiaoli Ma, and David V. Anderson. Incremental lattice reduction: Motivation, theory, and practical implementation. *IEEE Transactions on Wireless Communications*, 11(1):188 –198, January 2012.

Bo Marr, Brian Degnan, Paul Hasler, and David V. Anderson. Scaling energy per operation via an asynchronous pipeline. *IEEE Transactions on VLSI*, PP(99):1 –5, 2012.

Jorge I. Marin-Hurtado, Devangi N. Parikh, and David V. Anderson. Perceptually-inspired noise-reduction method for binaural hearing aids. *IEEE Transactions on Audio, Speech and Language Processing*, 20(4):1372–1382, May 2012.

J.I. Marin-Hurtado, D.N. Parikh, and D.V. Anderson. Perceptually inspired noise-reduction method for binaural hearing aids. *Audio, Speech, and Language Processing, IEEE Transactions on*, 20(4):1372–1382, May 2012.

B. Gestner, Xiaoli Ma, and D.V. Anderson. Incremental lattice reduction: Motivation, theory, and practical implementation. *Wireless Communications, IEEE Transactions on*, 11(1):188–198, January 2012.

A.A. Kressner, D.V. Anderson, and C.J. Rozell. Evaluating the generalization of the hearing aid speech quality index (hasqi). *Audio, Speech, and Language Processing, IEEE Transactions on*, 21(2):407–415, February 2013.

S. Ramakrishnan, A. Basu, Leung Kin Chiu, J. Hasler, D. Anderson, and S. Brink. Speech processing on a reconfigurable analog platform. *Very Large Scale Integration (VLSI) Systems, IEEE Transactions on*, 22(2):430–433, Feb 2014.

Nashlie H Sephus, Aaron D Lanterman, and David V Anderson. Modulation spectral features: In pursuit of invariant representations of music with application to unsupervised source identification. *Journal of New Music Research*, 44(1):58–70, 2015.

Jinwoo Kang, David V. Anderson, and Monson H. Hayes. Face recognition for vehicle personalization with near infrared frame differencing. *IEEE Transactions on Consumer Electronics*, 62(3):316–324, August 2016.

Chieh-Feng Cheng, Abbas Rashidi, Mark Davenport, and David V. Anderson. Activity recognition of construction equipment using audio signals and support vector machines automation in construction. *Automation in Construction Journal*, 2016. accepted November 2016.

B. T. Carroll, B. M. Whitaker, W. Dayley, and D. V. Anderson. Outlier learning via augmented frozen dictionaries. *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, 25(6):1207–1215, June 2017.

Muhammad Rizwan and David V. Anderson. A weighted accent classification using multiple words. *Neurocomput.*, 277(C):120–128, February 2018.

Chieh-Feng Cheng, Abbas Rashidi, Mark A. Davenport, and David V. Anderson. Activity analysis of construction equipment using audio signals and support vector machines. *Automation in Construction*, June 2017.

Bradley M Whitaker, Pradyumna Byappanahalli Suresha, Chengyu Liu, Gari D Clifford, and David V Anderson. Combining sparse coding and time-domain features for heart sound classification. *Physiological Measurement*, 38:1701–1729, 08 2017.

Abbas Rashidi, Mark A. Davenport, David V. Anderson, Chieh-Feng Cheng, and Chris A. Sabillon. Software and hardware requirements for audio-based analysis of construction operations. *Journal of Computing in Civil Engineering*. submitted October 2017.

Bradley M. Whitaker and David V. Anderson. Mixed matrix norms in sparse coding for imbalanced datasets. *IEEE Transactions on Signal Processing*. submitted November 2017.


## Refereed Conference Publications

David V. Anderson, Richard W. Harris, and Douglas M. Chabries. Evaluation of a hearing compensation algorithm. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 5, pages 3531–3533, Detroit, May 1995.

Douglas M. Chabries, David V. Anderson, Thomas G. Stockham, Jr., and Richard W. Christiansen. Application of a human auditory model to loudness perception and hearing compensation. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 5, pages 3527–3530, Detroit, May 1995.

David V. Anderson. Speech analysis and coding using a multi–resolution sinusoidal transform. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 2, pages 1037–1040, Atlanta, May 1996.

David V. Anderson, James H. McClellan, Ronald W. Schafer, Jeffrey B. Schodorf, and Mark A. Yoder. DSP First - a first course in ECE. In *Proceedings of the 1996 Asilomar Conference on Circuits, Systems, and Computers*, volume 1, pages 226–230, Pacific Grove, CA, May 1996.

David V. Anderson and Mark A. Clements. Audio signal noise reduction using multi-resolution sinusoidal modeling. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, pages 805–808, Phoenix, May 1999.

David V. Anderson, Lonnie Harvel, Monson H. Hayes III, Y. Ishiguro, Joel R. Jackson, and Maria Pimentel. Internet course delivery-making it easier and more effective. In *Proceedings of the IEEE International Conference on Multimedia and Expo*, volume 1, pages 84–87, New York, July 2000.

David V. Anderson, Thomas P. Barnwell, Monson H. Hayes III, and Joel R. Jackson. Effective and efficient distance learning over the internet: Implementation of an on-line DSP course. In *Proc. International Conference on Engineering Education*, Taiwan, August 2000.

Joel R. Jackson, David V. Anderson, and Monson H. Hayes III. Effective and efficient distance learning over the internet: Tools and techniques. In *Proc. International Conference on Engineering Education*, Taiwan, August 2000.

Monson H. Hayes III, Joel R. Jackson, and David V. Anderson. Producing effective internet courses with *in*Fusion. In *Proceedings Learning '00*, Madrid, Spain, October 2000.

David V. Anderson, Thomas P. Barnwell, John Echard, Monson H. Hayes III, Joel R. Jackson, Ronald W. Schafer, and Douglas B. Williams. An on-line DSP course for practicing engineers. In *Signal Processing Education Workshop*, Hunt, TX, October 2000. Web Proceedings: `http://spib.ece.rice.edu/SPTM/DSP2000/`.

David V. Anderson and Paul Hasler. Cooperative analog/digital signal processing. In *World Conference on Systemics, Cybernetics, and Informatics*, Orlando, FL, July 2001. *Invited Paper, Best Paper Award.*

Matt Kucic, Paul Hasler, Jeff Dugger, and David V. Anderson. Programmable and adaptive analog filters using arrays of floating-gate circuits. In Erik Brunvand and Chris Myers, editors, *2001 Conference on Advanced Research in VLSI*, pages 148–162, Salt Lake City, March 2001. IEEE Computer Society.

Joel R. Jackson, Thomas P. Barnwell, Douglas B. Williams, Monson H. Hayes III, David V. Anderson, and Ronald W. Schafer. DSP for practicing engineers: an online continuing DSP education course. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume V, pages 2721–2724, Salt Lake City, UT, May 2001.

Joel R. Jackson, Thomas P. Barnwell, Douglas B. Williams, Monson H. Hayes III, David V. Anderson, and Ronald W. Schafer. Online DSP education: DSP for practicing engineers. In *American Society for Engineering Education Annual Conference*, Albuquerque, NM, June 2001.

Joel R. Jackson, Thomas P. Barnwell, David V. Anderson, and Monson H. Hayes III. *in*Fusion: Simplifying online course creation. In *American Society for Engineering Education Annual Conference*, Albuquerque, NM, June 2001.

Paul Smith, Matt Kucic, Rich Ellis, Paul Hasler, and David V. Anderson. Cepstrum frequency encoding in analog floating-gate circuitry. In *Proceedings*

*of the IEEE International Symposium on Circuits and Systems*, volume IV, pages 671–674, Phoenix, AZ, May 2002.

Paul Hasler and David V. Anderson. Cooperative analog-digital signal processing. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume IV, pages 3972–3975, Orlando, FL, May 2002.

Heejong Yoo, David V. Anderson, and Paul Hasler. Continuous–time audio noise suppression and real-time implementation. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume IV, pages 3980–3983, Orlando, FL, May 2002.

Richard Ellis, Heejong Yoo, and David V. Anderson. An analog floating-gate IC for audio noise suppression. In *Proceedings of the International Symposium on Circuits and Systems*, volume II, pages 728–31, Phoenix, AZ, May 2002. Invited Paper.

Paul Hasler, Paul Smith, Richard Ellis, David Graham, and David V. Anderson. Biologically inspired auditory sensing system interfaces on a chip. In *2002 IEEE Sensors Conference*, Orlando, FL, June 2002. *Invited Paper, nominated for Best Paper of Conference.*

Paul Hasler, Abhishek Bandyopadhyay, and David V. Anderson. Low–power analog image processing using transform imagers. In *IEEE Midwest Circuits and Systems*, Tulsa, OK, August 2002.

Paul Hasler, Paul Smith, Chris Duffy, Christal Gordon, Jeff Dugger, and David Anderson. A floating-gate vector-quantizer. In *IEEE Midwest Circuits and Systems*, Tulsa, OK, August 2002.

Tyson S. Hall, Paul Hasler, and David V. Anderson. Field-programmable analog arrays: A floating-gate approach. In *12th International Conference on Field Programmable Logic and Applications*, Montpellier, France, September 2002.

Paul Hasler, Abhishek Bandyopadhyay, and David Anderson. Low-power analog image processing using transform imagers. In *Digital Signal Processing Workshop*, pages 333–338, Pine Mountain, Georgia, October 2002.

David Anderson, Paul Hasler, Rich Ellis, Heejong Yoo, David Graham, and Mat Hans. A low–power, continuous–time system for audio noise suppression and a VLSI implementation. In *Digital Signal Processing Workshop*, pages 327–332, Pine Mountain, Georgia, October 2002.

Tyson S. Hall and David V. Anderson. From algorithms to gates: Developing a pedagogical framework for teaching DSP hardware design. In *Signal Processing Education Workshop*, pages 157–161, Pine Mountain, Georgia, October 2002.

P. Spencer Whitehead, David V. Anderson, and Mark A. Clements. Adaptive acoustic noise suppression for speech enhancement. In *Proceedings 2003*

*International Conference on Multimedia and Expo*, volume 1, pages 565–568, Baltimore, MD, June 2003.

Cenk Demiroglu and David V. Anderson. Noise robust digit recognition with missing frames. In *8th European Conference on Speech Communication and Technology*, pages 2165–2168, Geneva, Switzerland, September 2003.

Venkatesh Krishnan and David V. Anderson. Robust jointly optimized multistage vector quantization for speech coding. In *8th European Conference on Speech Communication and Technology*, pages 1093–1096, Geneva, Switzerland, September 2003.

Sunil D. Kamath and David V. Anderson. Signal processing in digital and floating-gate analog circuits; design trade-offs. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2003.

Heejong Yoo, David V. Anderson, and Paul Hasler. On delay structures for the analog adaptive filters with long filter taps. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2003.

Daniel Allred, Venkatesh Krishnan, Walter Huang, and David V. Anderson. Implementation of an LMS adaptive filter on an FPGA employing multiplexed multiplier architecture. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2003.

Sourabh Ravindran, Cenk Demiroglu, and David V. Anderson. Speech recognition using filter bank features. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2003.

Thomas Barnwell III, Mark Clements, David Anderson, Elliot Moore, Matthew Lee, Erdem Ertan, Venkatesh Krishnan, Woosuk Choi, James Hu, Cenk Demiroglu, Spencer Whitehead, and Adriane Durey. Low bit-rate coding of speech in harsh conditions using non-acoustic auxiliary devices. In *Special Workshop in Maui: Lectures by the Masters in Signal Processing*, Maui, HI, January 2004.

Michael Healy, Sourabh Ravindran, and David V. Anderson. Effects of varying parameters in asymmetric adaboost on the accuracy of a cascade audio classifier. In *IEEE SoutheastCon 2004*, Greensboro, NC, March 2004.

Tyson S. Hall, Christopher M. Twigg, Paul Hasler, and David V. Anderson. Developing large-scale field-programmable analog arrays. In *11th Reconfigurable Architectures Workshop (RAW 2004), 18th International Parallel and Distributed Processing Symposium*, pages 142–147, Santa Fé, NM, April 2004.

Tyson S. Hall, Christopher M. Twigg, Paul Hasler, and David V. Anderson. Application performance of elements in a floating-gate FPAA. In *Proceedings of*

*the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

Heejong Yoo, David Graham, David V. Anderson, and Paul Hasler. C4 band-pass delay filter for continuous-time subband adaptive tapped-delay filter. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

Sourabh Ravindran and David V. Anderson. Boosting as a dimensionality reduction tool for audio classification. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

Cenk Demiroglu and David V. Anderson. Two-sensor noise-robust ASR with missing frames for Aurora2 task. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

Shyam Subramanian, David V. Anderson, and Paul Hasler. Synthesis of static multiple input multiple output MITE networks. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

Haw-Jing Lo, Guillermo Serrano, Paul Hasler, David Anderson, and Bradley Minch. Programmable multiple input translinear elements. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

Sourabh Ravindran, David V. Anderson, and Malcolm Slaney. Low-power audio classification for ubiquitous sensor networks. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Montreal, Canada, May 2004.

Daniel J. Allred, Heejong Yoo, Venkatesh Krishnan, and David V. Anderson. A novel high performance distributed arithmetic adaptive filter implementation on an FPGA. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Montreal, Canada, May 2004.

Daniel J. Allred, Walter Huang, Venkatesh Krishnan, Heejong Yoo, and David V. Anderson. An FPGA implementation for a high throughput adaptive filter using distributed arithmetic. In *FCCM*, pages 324–325, 2004.

Tyson S. Hall and David V. Anderson. Merging theory and implementation: A framework for teaching DSP hardware design. In *2004 ASEE Annual Conference*, Salt Lake City, UT, June 2004.

Rongqiang Hu and David V. Anderson. Audio noise suppression based on neuromorphic saliency and phoneme adaptive filtering. In *IEEE Digital Signal Processing Workshop*, Taos, NM, August 2004.

Sunil Kamath, Sourabh Ravindran, and David V. Anderson. Independent component analysis for audio classification. In *IEEE Digital Signal Processing Workshop*, Taos, NM, August 2004.

Sourabh Ravindran and David V. Anderson. Cascade classifiers for audio classification. In *IEEE Digital Signal Processing Workshop*, Taos, NM, August 2004.

Cenk Demiroglu and David V. Anderson. Noise robust digit recognition using a glottal radar sensor for voicing detection. In *International Conference on Spoken Language Processing*, Jeju, Korea, October 2004.

Rongqiang (James) Hu and David V. Anderson. Single acoustic channel speech enhancement based on glottal correlation using non-acoustic sensors. In *International Conference on Spoken Language Processing*, Jeju, Korea, October 2004.

Cenk Demiroglu and David V. Anderson. A soft decision MMSE amplitude estimator as a noise preprocessor to speech coders using a glottal sensor. In *International Conference on Spoken Language Processing*, Jeju, Korea, October 2004.

Venkatesh Krishnan, Christopher Duffy, David V. Anderson, and Paul Hasler. Optimal quantization employing programmable flash analog to digital converters. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2004. Invited paper.

Rongqiang Hu and David V. Anderson. Improved perceptually inspired speech enhancement using a psychoacoustic model. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2004.

Cenk Demiroglu, Sunil Kamath, David V. Anderson, Mark A. Clements, and Thomas P. Barnwell III. Segmentation based speech enhancement using auxiliary sensors. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2004.

Teahyung Lee and David V. Anderson. The behavioral simulation results of the optical flow estimation algorithm for CADSP system design. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2004.

Heejong Yoo and David V. Anderson. Hardware-efficient distributed arithmetic architecture for high-order digital filters. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 5, pages 125–128, Philadelphia, Pennsylvania, March 2005.

Cenk Demiroglu, Sunil Kamath, and David V. Anderson. Segmentation-based speech enhancement for intelligibility improvement in MELP coders using auxiliary sensors. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 1, pages 797–800, Philadelphia, Pennsylvania, March 2005.

Faik Baskaya, Sasank Reddy, Sung Kyu Lim, Tyson Hall, and David V. Anderson. Mapping algorithm for large-scale field programmable analog array.

In *ACM International Workshop on Physical Design*, pages 152–158, San Francisco, April 2005. ACM Press.

Sourabh Ravindran and David V. Anderson. Audio classification and scene recognition for hearing aids. In *Proceedings of the International Symposium on Circuits and Systems*, volume 2, pages 830–863, Kobe, Japan, May 2005.

Shyam Subramanian, David V. Anderson, Paul Hasler, and Bradley A. Minch. Synthesis of MITE log-domain filters with unique operating points. In *Proceedings of the International Symposium on Circuits and Systems*, volume 2, pages 996–999, Kobe, Japan, May 2005.

I. Faik Baskaya, Sasank Reddy, Sung Kyu Lim, and David Anderson. Hierarchical placement for large-scale FPAA. In *International Conference on Field Programmable Logic and Applications*, pages 421–426, Tampere, Finland, August 2005.

Sourabh Ravindran, David Anderson, and James Rehg. Cascade jump support vector machine classifiers. In *Machine Learning in Signal Processing 2005*, pages 135–139, Mystic, Connecticut, September 2005.

Rongqiang Hu, Venkatesh Krishnan, and David V. Anderson. Speech bandwidth extension by improved codebook mapping towards increased phonetic classification. In *Interspeech 2005*, pages 1501–1504, Lisbon, Portugal, September 2005.

Rongqiang Hu, Sunil Kamath, and David V. Anderson. Speech enhancement using non-acoustic sensors. In *Interspeech 2005*, pages 2305–2308, Lisbon, Portugal, September 2005.

Venkatesh Krishnan, Thomas P. Barnwell-III, and David V. Anderson. Using dynamic codebook re-ordering to exploit inter-frame correlation in MELP coders. In *Interspeech 2005*, pages 2717–2720, Lisbon, Portugal, September 2005.

Venkatesh Krishnan, Phil S. Whitehead, David V. Anderson, and Mark A. Clements. A framework for estimation of clean speech by fusion of outputs from multiple speech enhancement systems. In *Interspeech 2005*, pages 2317–2320, Lisbon, Portugal, September 2005.

Sourabh Ravindran, Sunil Kamath, and David Anderson. Implementation of low-power automatic audio classification for hearing-aids on TI c5510. In *Texas Instruments Developers Conference*, Dallas, Texas, February 2006.

Venkatesh Krishnan, Sabat M. Siniscalchi, David V. Anderson, and Mark A. Clements. Noise robust Aurora-2 speech recognition employing a codebook-constrained Kalman filter preprocessor. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume I, pages 781–784, Toulouse, France, May 2006.

Teahyung Lee and David V. Anderson. Architecture for hierarchical block motion estimation using variable block sizes. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume III, pages 960–963, Toulouse, France, May 2006.

Teahyung Lee and David V. Anderson. Performance analysis of a correlation-based optical flow algorithm under noisy environments. In *Proceedings of the International Symposium on Circuits and Systems*, pages 4699–4702, Kos, Greece, May 2006.

Walter Huang, Venkatesh Krishnan, and David V. Anderson. Conjugate distributed arithmetic adaptive FIR filters and their hardware implementation. In *IEEE International Midwest Symposium on Circuits and Systems*, San Juan, Puerto Rico, August 2006.

R. Velmurugan, S. Subramanian, V. Cevher, D. Abramson, K. M. Odame, J.D. Gray, H.J. Lo, J. H. McClellan, and D. V. Anderson. On low-power analog implementation of particle filters for target tracking. In *Proceedings of the 14th European Signal Processing Conference*, Florence, Italy, September 2006. Invited Paper.

Nikolaos Vasiloglou, Alexander G. Gray, and David V. Anderson. Parameter estimation for manifold learning, through density estimation. In *IEEE International Workshop on Machine Learning for Signal Processing*, pages 211–216, Maynooth, Ireland, September 2006.

Sourabh Ravindran, David V. Anderson, and Malcolm Slaney. Improving the noise robustness of mel-frequency cepstral coefficients. In *ISCA Tutorial and Research Workshop on Statistical and Perceptual Audition*, pages 48–52, Pittsburgh, PA, September 2006.

David V. Anderson and Sourabh Ravindran. Distributed acquisition and processing systems for speech and audio. In *Allerton Conference on Communication, Control, and Computing*, Monticello, IL, September 2006.

Teahyung Lee and David V. Anderson. Checkerboard-type filtering for a low-power gradient-based optical flow estimation system. In *Proceedings of the IEEE International Conference on Image Processing*, pages 3285–3288, Atlanta, GA, October 2006.

Teahyung Lee and David V. Anderson. The wavelet-based multi-resolution motion estimation using temporal aliasing detection. In Chang Wen Chen, Dan Schonfeld, and Jiebo Luo, editors, *Proceedings SPIE Electronic Imaging Science and Technology*, volume 6508 of *Visual Communications and Image Processing 2007*, pages 2s–1, San Jose, CA, January 2007. SPIE.

David V. Anderson, Sourabh Ravindran, and Malcolm Slaney. Varying time-constants and gain adaptation in feature extraction for speech processing. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 4, pages 669–672, April 2007.

Chris Twigg, Paul Hasler, and David Anderson. Large-scale FPAA devices for signal processing applications. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 2, pages 69–72, April 2007.

Cenk Demiroglu, David Anderson, Mark Clements, and Thomas Barnwell. Multi-sensor spectro-temporal comb filtering for speech enhancement. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 4, pages 589–592, April 2007.

Faik Baskaya, Brian Gestner, Chris Twigg, Sung Kyu Lim, David V. Anderson, and Paul Hasler. Rapid prototyping of large-scale analog circuits with field programmable analog array. In *IEEE Symposium on Field-Programmable Custom Computing Machines*, pages 319–320, April 2007.

Brian Gestner, Jason Tanner, and David Anderson. Glass break detector analog front-end using novel classifier circuit. In *Proceedings of the International Symposium on Circuits and Systems*, pages 3586–3589, May 2007.

Shyam Subramanian, Paul Hasler, Bradley Minch, and David Anderson. Optimal synthesis of MITE translinear loops. In *Proceedings of the International Symposium on Circuits and Systems*, pages 2822–2825, May 2007.

Shyam Subramanian and David Anderson. 2-MITE product-of-power-law networks. In *Proceedings of the International Symposium on Circuits and Systems*, pages 1041–1044, May 2007.

Erhan Ozalevli, Walter Huang, David V. Anderson, and Paul Hasler. VLSI implementation of a reconfigurable mixed-signal finite impulse response filter. In *Proceedings of the International Symposium on Circuits and Systems*, pages 2168–2171, May 2007.

Cenk Demiroglu, David V. Anderson, and Mark A. Clements. A missing data-based feature fusion stragey for noise-robust automatic speech recognition using noisy sensors. In *Proceedings of the International Symposium on Circuits and Systems*, pages 965–968, May 2007.

Tyson S. Hall and David V. Anderson. Teaching hardware design of fixed-point digital signal processing systems. In *Proceedings of the American Society for Engineering Education Annual Conference*, volume AC, page 2711, Honolulu, HI, June 2007.

T. Lee, L. K. Chiu, D. V. Anderson, R. Robucci, and P. Hasler. Rapid algorithm verification for cooperative analog-digital imaging systems. In *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, 2007.

Brian Gestner and David V. Anderson. Automatic generation of ModelSim-Matlab interface for RTL debugging and verification. In *IEEE International Midwest Symposium on Circuits and Systems*, 2007.

Varinthira Duangudom and David V. Anderson. Using auditory saliency to understand complex auditory scenes. In *Proceedings of the European Signal Processing Conference*, pages 1206–1210, 2007.

Sheng-Yu Peng, Paul E. Hasler, and David Anderson. An analog programmable multi-dimensional radial basis function based classifier. In *IFIP WG 10.5 International Conference on Very Large Scale Integration of System-on-Chip*, pages 13–18, Atlanta, GA, October 2007.

Jungwon Lee, Teahyung Lee, and David V. Anderson. Improved wavelet-based embedded image coding using a dynamic index reordering vector quantizer. In *Data Compression Conference*, page 530, Snowbird, UT, USA, March 2008.

Ryan Robucci, Leung Kin Chiu, Jordan Gray, Justin Romberg, Paul Hasler, and David V. Anderson. Compressive sensing on a CMOS separable transform image sensor. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, pages 5125–5128, Las Vegas, Nevada, March 2008.

Teahyung Lee and David V. Anderson. A spatially recursive optical flow estimation framework using adaptive filtering. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, pages 789–792, Las Vegas, Nevada, March 2008.

Sheng-Yu Peng, Yu Tsao, Paul Hasler, and David V. Anderson. A programmable analog radial-basis-function based classifier. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, pages 1425–28, Las Vegas, Nevada, March 2008.

Brian Gestner, Wei Zhang, Xiaoli Ma, and David V. Anderson. VLSI implementation of a lattice reduction algorithm for low-complexity equalization. In *IEEE International Conference on Circuits and Systems for Communications*, Shanghai, May 2008.

Haw-Jing Lo, Heejong Yoo, and David V. Anderson. A reusable distributed arithmetic architecture for FIR filtering. In *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, pages 233–236, August 2008.

Brian Gestner and David V. Anderson. Single newton-raphson iteration for integer-rounded divider for lattice reduction algorithms. In *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, pages 966–969, August 2008.

Harry B. Marr, Jason George, David V. Anderson, and Paul Hasler. Increased energy efficiency and reliability of ultra-low power arithmetic. In *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, pages 366–369, August 2008.

Nikolaos Vasiloglou, Alexander G. Gray, and David V. Anderson. Scalable semidefinite manifold learning. In *IEEE Workshop on Machine Learning for Signal Processing*, pages 368–373, Cancun, Mexico, October 2008.

Bo Marr, Stephen Brink, Paul Hasler, and David Anderson. A reconfigurable analog system for efficient stochastic biological computation. In *IEEE Biomedical Circuits and Systems Conference*, pages 293–296, Baltimore, Maryland, November 2008.

Nikolaos Vasiloglou, Alexander G. Gray, and David V. Anderson. Learning isometric separation maps. In *NIPS Workshop on Kernel Learning: Automatic Selection of Optimal Kernels*, Vancouver, British Columbia, December 2008.

Nikolaos Vasiloglou, David V. Anderson, and Alexander Gray. Learning the intrinsic dimensions of the TIMIT speech database with maximum variance unfolding. In *IEEE Digital Signal Processing Workshop*, Marco Island, Florida, January 2009.

Jungwon Lee and David V. Anderson. Wavelet-based embedded image coding using dynamic index reordering vector quantization. In *IEEE Digital Signal Processing Workshop*, Marco Island, Florida, January 2009.

Nikolaos Vasiloglou, Alexander Gray, and David V. Anderson. Non-negative matrix factorization, convexity and isometry. In *The 2009 SIAM International Conference on Data Mining*, Sparks, Nevada, April 2009.

Haw-Jing Lo and David V. Anderson. A hardware-efficient implementation of the fast affine projection algorithm. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Taipei, Taiwan, April 2009.

Walter Huang and David V. Anderson. Adaptive filters using modified sliding-block distributed arithmetic with offset binary coding. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Taipei, Taiwan, April 2009.

Brian Gestner, Wei Zhang, Xiaoli Ma, and David V. Anderson. VLSI implementation of an effective lattice reduction algorithm with fixed-point considerations. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Taipei, Taiwan, April 2009.

Krishna T. Malladi and David V. Anderson. Analog implementation of SNR based gain adaptation for denoising. In *Proceedings of the International Symposium on Circuits and Systems*, pages 269–272, May 2009.

Bo Marr, Brian Degnan, Paul Hasler, and David Anderson. An asynchronously embedded datapath for performance acceleration and energy efficiency. In *Proceedings of the International Symposium on Circuits and Systems*, pages 3046–3049, May 2009.

Nikolaos Vasiloglou, Alexander G. Gray, and David V. Anderson. Learning isometric separation maps. In *IEEE International Workshop on Machine Learning for Signal Processing*, pages 1–6, September 2009.

Leung Kin Chiu and David V. Anderson. Psychoacoustic bass enhancement system on reconfigurable analog signal processor. In *52nd IEEE International Midwest Symposium on Circuits and Systems*, pages 164–167, August 2009.

Devangi N. Parikh, Sourabh Ravindran, and David V. Anderson. Gain adaptation based on signal-to-noise ratio for noise suppression. In *IEEE Workshop on Applications of Signal Processing to Audio and Acoustics*, pages 185–188, October 2009.

Faik Baskaya, David V. Anderson, Paul Hasler, and Sung Kyu Lim. A generic reconfigurable array specification and programming environment (grasper). In *Circuit Theory and Design, 2009. ECCTD 2009. European Conference on*, pages 619–622, August 2009.

Jorge Marin-Hurtado and David V. Anderson. Distortions in speech enhancement due to block processing. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Dallas, TX, March 2010.

Devangi Parikh, Muhammad Ikram, and David V. Anderson. Implementation of blind source separation and a post-processing algorithm for noise suppression in cell-phone applications. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Dallas, TX, March 2010.

David V. Anderson. A modulation view of audio processing for reducing audible artifacts. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Dallas, TX, March 2010.

Jason George, Bo Marr, Aniruddha Dasgupta, and David V. Anderson. Fixed-point arithmetic on a budget: Comparing probabilistic and reduced-precision addition. In *53rd IEEE International Midwest Symposium on Circuits and Systems*, pages 1258–1261, August 2010.

Devangi Parikh and David V. Anderson. Perceptual artifacts in speech noise suppression. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, pages 99–103, Pacific Grove, CA, November 2010.

Visar Berisha, Ailar Javadi, Richard Hammett, David V. Anderson, and Alex Gray. Making decisions about unseen data: Semi-supervised learning at different levels of specificity. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, pages 75–79, Pacific Grove, CA, November 2010.

Devangi N. Parikh and David V. Anderson. Blind source separation with perceptual post processing. In *Digital Signal Processing Workshop and 6th IEEE Signal Processing Education Workshop, 2011. DSP/SPE 2011. IEEE 14th*, pages 321–325, January 2011.

Leung Kin Chiu, David V. Anderson, and Benjamin Hoomes. Audio output enhancement algorithms for piezoelectric loudspeakers. In *Digital Signal*

*Processing Workshop and 6th IEEE Signal Processing Education Workshop, 2011. DSP/SPE 2011. IEEE 14th*, pages 317–320, January 2011.

Leung Kin Chiu, Brian Gestner, and David V. Anderson. Design of analog audio classifiers with adaboost-based feature selection. In *Proceedings of the International Symposium on Circuits and Systems*, May 2011.

P. Spencer Whitehead and David V. Anderson. Robust Bayesian analysis applied to Wiener filtering of speech. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, May 2011.

Leung Kin Chiu, N.V. Parrish, and D.V. Anderson. A perceptually transparent audio power reduction algorithm for loudspeaker power management. In *Acoustics, Speech and Signal Processing (ICASSP), 2011 IEEE International Conference on*, pages 325–328, May 2011.

Brian Gestner, Xiaoli Ma, and David V. Anderson. Are all basis updates for lattice-reduction-aided MIMO detection necessary? In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, May 2011.

Jorge Marin-Hurtado, Devangi Parikh, and David Anderson. Binaural noise-reduction method based on blind source separation and perceptual post processing. In *Interspeech 2011*, August 2011.

Jorge I. Marin and David Anderson. Perceptually-inspired processing for multichannel wiener filter. In *Interspeech 2011*, August 2011.

J.I. Marin-Hurtado and D.V. Anderson. Reduced-bandwidth and low-complexity multichannel wiener filter for binaural hearing aids. In *Applications of Signal Processing to Audio and Acoustics (WASPAA), 2011 IEEE Workshop on*, pages 85–88, October 2011.

J.I. Marin-Hurtado and D.V. Anderson. Robust non-vad implementation of multichannel wiener filter for binaural noise reduction. In *Applications of Signal Processing to Audio and Acoustics (WASPAA), 2011 IEEE Workshop on*, pages 341–344, October 2011.

A.A. Kressner, D.V. Anderson, and C.J. Rozell. Robustness of the hearing aid speech quality index (hasqi). In *Applications of Signal Processing to Audio and Acoustics (WASPAA), 2011 IEEE Workshop on*, pages 209–212, October 2011.

R. Curtin, N. Vasiloglou, and D.V. Anderson. Learning distances to improve phoneme classification. In *Machine Learning for Signal Processing (MLSP), 2011 IEEE International Workshop on*, September 2011.

A. Javadi, A. Gray, D. Anderson, and V. Berisha. Semi-supervised hierarchy learning using multiple-labeled data. In *Machine Learning for Signal Processing (MLSP), 2011 IEEE International Workshop on*, September 2011.

J.I. Marin-Hurtado and D.V. Anderson. Practical mwf-based noise-reduction methods for binaural hearing aids. In *Image, Signal Processing, and Artificial Vision (STSIVA), 2012 XVII Symposium of*, pages 84–91, 2012.

S Harbert, DF Britton, WDR Daley, DV Anderson, G Colon, M Giannelli, and E Hanson. Development of an audio and video observation and recording platform for data collection in a broiler growout environment. In *American Society of Agricultural and Biological Engineers Annual International Meeting 2012, ASABE 2012*, volume 4, pages 3235–3244, Jan 2012.

RR Curtin, WB March, P Ram, DV Anderson, AG Gray, and CLI Jr. Tree-independent dual-tree algorithms. In *2013 IEEE International Conference on Machine Learning*, Apr 2013.

AA Kressner, DV Anderson, and CJ Rozell. A novel binary mask estimator based on sparse approximation. In *2013 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, pages 7497–7501, 2013.

NV Parrish, DV Anderson, WDR Daley, DF Britton, S Harbert, AB Webster, and CW Ritz. Analysis of poultry vocalizations for age estimation using cepstral coefficients and c4.5 classification. In *American Society of Agricultural and Biological Engineers Annual International Meeting 2013, ASABE 2013*, volume 4, pages 2949–2955, Jan 2013.

NH Sephus, TO Olubanjo, and DV Anderson. Enhancing online music lessons with applications in automating self-learning tutorials and performance assessment. In *Proceedings - 2013 12th International Conference on Machine Learning and Applications, ICMLA 2013*, volume 2, pages 568–571, 2013.

NH Sephus, AD Lanterman, and DV Anderson. Exploring frequency modulation features and resolution in the modulation spectrum. In *2013 IEEE Digital Signal Processing and Signal Processing Education Meeting, DSP/SPE 2013 - Proceedings*, pages 169–174, 2013.

V Duangudom and DV Anderson. Identifying salient sounds using dual-task experiments. In *IEEE Workshop on Applications of Signal Processing to Audio and Acoustics*, 2013.

CM Chu, DV Anderson, and IEEE. Likelihood codebook reordering vector quantization. In *2013 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, pages 5114–5117, 2013.

M Rizwan and DV Anderson. Using k-nearest neighbor and speaker ranking for phoneme prediction. In *Proceedings - 2014 13th International Conference on Machine Learning and Applications, ICMLA 2014*, pages 383–387, Dec 2014.

RR Curtin, W Daley, and DV Anderson. Classifying broiler chicken condition using audio data. In *2014 IEEE Global Conference on Signal and Information Processing, GlobalSIP 2014*, pages 1141–1144, Jan 2014.

BT Carroll, DV Anderson, W Daley, S Harbert, DF Britton, and MW Jackwood. Detecting symptoms of diseases in poultry through audio signal processing. In *2014 IEEE Global Conference on Signal and Information Processing, GlobalSIP 2014*, pages 1132–1135, Jan 2014.

BM Whitaker, BT Carroll, W Daley, and DV Anderson. Sparse decomposition of audio spectrograms for automated disease detection in chickens. In *2014 IEEE Global Conference on Signal and Information Processing, GlobalSIP 2014*, pages 1122–1126, Jan 2014.

SH Raza, A Humayun, I Essa, M Grundmann, and D Anderson. Finding temporally consistent occlusion boundaries in videos using geometric context. In *Proceedings - 2015 IEEE Winter Conference on Applications of Computer Vision, WACV 2015*, pages 1022–1029, Feb 2015.

IA Khan, DV Anderson, and CF Barnes. Classification using residual vector quantization with markov-bayesian structure. In *Data Compression Conference*. Snowbird, Utah, Apr 2015.

Muhammad Rizwan and David V Anderson. Speaker adaptation using speaker similarity score on dnn features. In *2015 IEEE 14th International Conference on Machine Learning and Applications (ICMLA)*, pages 877–882. IEEE, 2015.

Ayush Sharma and David V Anderson. Deep emotion recognition using prosodic and spectral feature extraction and classification based on cross validation and bootstrap. In *Signal Processing and Signal Processing Education Workshop (SP/SPE), 2015 IEEE*, pages 421–425. IEEE, 2015.

Jinwoo Kang, David V Anderson, and Monson H Hayes. Face recognition in vehicles with near infrared frame differencing. In *Signal Processing and Signal Processing Education Workshop (SP/SPE), 2015 IEEE*, pages 358–363. IEEE, 2015.

Bradley M Whitaker and David V Anderson. Learning anomalous features via sparse coding using matrix norms. In *Signal Processing and Signal Processing Education Workshop (SP/SPE), 2015 IEEE*, pages 196–201. IEEE, 2015.

Chu Meh Chu, Nathan V Parrish, and David V Anderson. Adaptive likelihood codebook reordering vector quantization for 1-d data sources. In *Signal Processing and Signal Processing Education Workshop (SP/SPE), 2015 IEEE*, pages 107–112. IEEE, 2015.

Jinwoo Kang, David V Anderson, and Monson H Hayes. Direct image alignment for active near infrared image differencing. In *International Conference on Advanced Concepts for Intelligent Vision Systems*, pages 334–344. Springer International Publishing, 2015.

Muhammad Rizwan, Babafemi O Odelowo, and David V Anderson. Word based dialect classification using extreme learning machines. In *Neural*

*Networks (IJCNN), 2016 International Joint Conference on*, pages 2625–2629. IEEE, 2016.

Chieh-Feng Cheng, Abbas Rashidi, Mark A. Davenport, and David Anderson. Audio signal processing for activity recognition of construction heavy equipment. In *33rd International Symposium on Automation and Robotics in Construction (ISARC 2016)*, 2016.

K. L. Fair and D. V. Anderson. Sparse approximation on energy efficient hardware. In *2016 International Joint Conference on Neural Networks (IJCNN)*, pages 4302–4307, July 2016.

B. M. Whitaker and D. V. Anderson. Heart sound classification via sparse coding. In *2016 Computing in Cardiology Conference (CinC)*, pages 805–808, September 2016.

C. F. Cheng, A. Rashidi, M. A. Davenport, D. V. Anderson, and C. A. Sabillon. Hardware and software requirements for acoustical monitoring of construction jobsites. In *Proc. Int. Workshop on Computing in Civil Engineering 2017*, 2017.

B. O. Odelowo and D. V. Anderson. Speech enhancement using extreme learning machines. In *2017 IEEE Workshop on Applications of Signal Processing to Audio and Acoustics (WASPAA)*, pages 200–204, October 2017.

B. O. Odelowo and D. V. Anderson. A mask-based post processing approach for improving the quality and intelligibility of deep neural network enhanced speech. In *2017 16th IEEE International Conference on Machine Learning and Applications (ICMLA)*, pages 1134–1138, December 2017.

B. O. Odelowo and D. V. Anderson. A noise prediction and time-domain subtraction approach to deep neural network based speech enhancement. In *2017 16th IEEE International Conference on Machine Learning and Applications (ICMLA)*, pages 372–377, December 2017.

B. M. Whitaker and D. V. Anderson. AF classification from ECG recording using feature ensemble and sparse coding. In *2016 Computing in Cardiology Conference (CinC)*, September 2017.

Muhammad Rizwan and David V. Anderson. Investigation on adaptive data condensation for exemplar based method in speech task. In *2017 IEEE Global Conference on Signal and Information Processing, GlobalSIP 2017*, Nov 2017.

Babafemi Odelowo and David V. Anderson. A study of training targets for deep neural network-based speech enhancement using noise prediction. In *2018 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, 2018.

Bradley M. Whitaker and David V. Anderson. Using block coordinate descent to learn sparse coding dictionaries with a matrix norm update. In *2018 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, 2018. to appear.

C. A. Sabillon, A. Rashidi, B. Samanta, C. F. Cheng, M. A. Davenport, and D. V. Anderson. A productivity forecasting system for construction cyclic operations using audio signals and a Bayesian approach. In *to appear in Construction Research Congress (CRC)*, April 2018.

## Conference Presentations without Proceedings

David V. Anderson and Mark A. Clements. Noise suppression in speech using multi-resolution sinusoidal modeling. presented at the Fall 1998 Meeting of the Acoustical Society of America, Norfolk, VA.

David V. Anderson, Douglas Chabries, and Richard W. Christiansen. Time constants in multi-band compressive gain hearing aids. In *International Hearing Aid Research Conference*, Lake Tahoe, CA, August 2000.

David V. Anderson, Phil Spencer Whitehead, and Mark A. Clements. Acoustic noise suppression for speech enhancement. presented at the Fall 2001 Meeting of the Acoustical Society of America, Ft. Lauderdale, FL, October 2001.

David V. Anderson. Fast dynamic range compression method for multichannel hearing aids. presented at the 143rd Meeting of the Acoustical Society of America, Pittsburgh, Pennsylvania, June 2002.

I. Faik Baskaya, Sasank Reddy, Tyson Hall, David V. Anderson, Paul Hasler, and Sung Kyu Lim. Analog circuit modeling and clustering for large scale FPAA. presented at the Design Automation and Test Conference, May 2004.

## Technical Reports

Heejong Yoo, Rich Ellis, David V. Anderson, Paul Hasler, David W. Graham, and Mat Hans. Continuous–time audio noise suppression and real–time implementation. Technical Report HPL-2002-311, HP Labs, November 2002. available at http://www.hpl.hp.com/techreports.

André van Schaik, David Anderson, Steven Greenberg, Malcom Slaney, et al. Final report—chapter on audio projects. Technical report, Telluride Workshop on Neuromorphic Engineering, Telluride, CO, July 2003.

Malcolm Slaney, David V. Anderson, André van Schaik, et al. Final report—chapter on audio projects. Technical report, Telluride Workshop on Neuromorphic Engineering, Telluride, CO, July 2004.

## Seminar Presentations

David V. Anderson, Monson H. Hayes III, and Joel Jackson. Streaming multimedia course development. Invited seminar at Virginia Tech, December 2000.

David V. Anderson. Cooperative analog/digital signal processing. Georgia Tech Analog Consortium Industry Review, March 2001.

David V. Anderson. Analog signal processing in a digital world. Georgia Tech Analog Consortium Industry Review, March 2002.

David V. Anderson. Analog and signal processing. Georgia Tech Analog Consortium Industry Review, October 2003.

David V. Anderson. Cooperative analog/digital signal processing. Invited speaker: IEEE Georgia Tech Student Chapter meeting, March 2000.

Mat Hans and David V. Anderson. Sensor inputs for portable devices. Invited speaker: IEEE Georgia Tech Student Chapter meeting, February 2002.

David V. Anderson. Bucking the trend. Keynote speaker at HKN Honor Society induction, April 2002.

David V. Anderson. Prototyping cooperative analog-digital signal processing for auditory applications. Telluride Workshop on Neuromorphic Engineering, July 2003.

David V. Anderson. Neuro-inspired audio processing. Telluride Workshop on Neuromorphic Engineering, July 2004.

David V. Anderson. Signal processing trends. Invited speaker: Korea University, May 2005.

David V. Anderson. Low-power signal processing trends. Invited speaker: Johns Hopkins University, November 2005.

David V. Anderson. Signal processing with analog VLSI. Invited speaker: State University of New York – Stony Brook, January 2006.

David V. Anderson. Neuro-inspired signal processing. Telluride Workshop on Neuromorphic Engineering, July 2005.

David V. Anderson. Audio signal enhancement. Telluride Workshop on Neuromorphic Engineering, July 2006.

David V. Anderson. Human perception and signal processing. Telluride Workshop on Neuromorphic Engineering, July 2008.

David V. Anderson. Bayesian probability in everyday life. Presentation to Autry Mill Middle School Math Classes, May 2009.

David V. Anderson. Multimedia signal processing. Invited speaker: Korea University, July 2009.

## Patents

David V. Anderson, Kwan Truong, and Stephen McGrath. Adaptive filter featuring spectral gain smoothing and variable noise multiplier for noise reduction, and methods therefor. U.S. Patent no. 6,351,731, July 1999. Issued 2002.

David V. Anderson, Kwan Truong, and Stephen McGrath. Speech activity detector for use in noise reduction system, and methods therefor. U.S. Patent no. 6,453,285, July 1999. Issued 2002.

Jeffery Dugger, Tyson S. Hall, Paul Hasler, David V. Anderson, Paul D. Smith, Matthew R. Kucic, and Abhishek Bandyopadhyay. Floating-gate analog circuit. U.S. Patent no. 6,898.097, May 2005.

Daniel J. Allred, David V. Anderson, Walter G. Huang, Venkatesh Krishnan, and Heejong Yoo. Distributed arithmetic adaptive filter and method. U.S. Patent application no. 20050201457, September 2005.

Philomena Cleopha Brady, Haw-Jing Lo, Guillermo Jose Serrano, Farhan Adil, Matthew R. Kucic, Paul Hasler, David V. Anderson, and Angelo Pereira. Floating-gate reference circuit. U.S. Patent no. 7,034,603, April 2006.

Erhan Ozalevli, Paul Hasler, David V. Anderson, and Walter G. Huang. Reconfigurable mixed-signal VLSI implementation of distributed arithmetic. U.S. Patent no. 7,348,909, March 2008.

Richard T. Ellis, Heejong Yoo, David W. Graham, Paul E. Hasler, and David V. Anderson. Analog audio signal enhancement system using a noise suppression algorithm. U.S. Patent no. 7,590,250, September 2009.

David Verl Anderson, Brian Gestner, and Xiaoli Ma. Incremental lattice reduction systems and methods. U.S. Patent no. 8,948,318 B2, February 2015.

## Other Scholarly and Teaching Activities

### Undergraduate Research

○ Supervised over 100 undergraduate research projects.

### Graduate Course Development

○ Human Perception and Signal Processing: Advanced Topics in Signal Processing, ECE 7252. The objective of this course is to explore human-centric applications of signal processing. Students learn about compression standards such as MPEG audio and video, perceptually relevant error measures, subjective and objective quality measures, hearing impairments and compensation, signal enhancement, and current research topics in signal processing and human perception.

### Short Course Development

○ "Digital Signal Processing for Practicing Engineers" - a 12-week on-line course delivered: February 2000, ongoing approximately twice per year.
○ "Streaming Multi-Media Production" One-day course delivered: May 2000
○ "Finite-Precision Signal Processing" Four-day course delivered: Spring 2007, Summer 2007, Spring 2009.
○ "Applications of Psychoacoustics to Signal Processing" One-day tutorial delivered: Spring 2009

## ▬▬▬  Grants and Contracts

### Foundation Gifts

|    | Sponsor | Title | Dates | $ Funded |
|----|---------|-------|-------|----------|
| 1. | Google | Fast Analysis of High-dimensional Data | 10/07 | $75,000 |
|    |  | *With Alex Gray in CoC* |  |  |
| 2. | Google | Audio Saliency | 10/07 | $100,000 |
|    |  | *With Alex Gray in CoC* |  |  |
| 3. | National Semiconductor | Sound Classification Circuits Research | 9/05– | $125,000 |
| 4. | IDT Corporation | FFT Circuits Research | 10/06 | $30,000 |

### As Principal and Co-principal Investigator

|    | Sponsor | Title | Dates | $ Funded | Contribution |
|----|---------|-------|-------|----------|--------------|
| 1. | NSF | High Density Analog Computing Arrays | 9/00–8/04 | $443,000 | 40% |
|    |  | *CoPI — PI: P. Hasler* |  |  |  |
| 2. | Georgia Tech Broadband Institute | Blind Source Separation for Audio | 7/01–6/02 | $26,000 | 100% |
| 3. | Georgia Tech Broadband Institute | Audio Classification | 7/02–6/03 | $26,000 | 100% |
| 4. | Georgia Tech Broadband Institute | Audio Classification | 7/03–6/04 | $20,000 | 100% |
| 5. | GVU Center | Auditory Scene Analysis | 7/02–6/03 | $16,170 | 100% |
| 6. | DARPA | Focal–Plane Image Enhancement | 8/02–2/04 | $375,000 | 40% |
|    |  | *CoPI — PI: P. Hasler* |  |  |  |
| 7. | DARPA | Focal–Plane Image Processing | 7/04–7/06 | $900,000 | 40% |

| | | CoPI — PI: P. Hasler | | | |
|---|---|---|---|---|---|
| 8. | DARPA | Improved Speech Analysis, Coding and Enhancement using Microradars | 10/02–3/06 | $2,275,955 | 40% |
| | | CoPI — PI: M. Clements, other CoPI's: T. Barnwell, G. Whitley | | | |
| 9. | NSF | CAREER: Ultra-Low Power Programmable Analog Signal Processing Systems | 6/04–5/09 | $400,000 | 100% |
| 10. | CIA | Low–power Array Processing | 6/04–7/05 | $383,200 | 100% |
| 11. | NSF | Bringing Low Power Reconfigurable Analog Signal Processing to Embedded Systems | 9/04–9/07 | $240,000 | 20% |
| | | CoPI — PI: S. K. Lim, other CoPI: P. Hasler | | | |
| 12. | NSF | Probabilistic CMOS Computing and Applications | 8/07-8/10 | $762,000 | 100% |
| 13. | Raytheon | Machine Learning of Visual Features | 5/09–5/10 | $85,000 | 50% |
| | | PI — CoPI: A. Gray | | | |
| 14. | National Semiconductor | Hearing Aid Audio Processing | 5/09–6/12 | $150,000 | 100% |
| 15. | National Semiconductor | Speaker Driver Sound Enhancement | 11/09–12/10 | $50,000 | 100% |
| 16. | Army Research Office | Realizing Lattice-Reduction-Based Detectors for High-Rate Wireless Communications | 8/11–6/12 | $50,000 | 50% |
| | | CoPI — PI: X. Ma | | | |
| 17. | NSF | I-CORPS | 7/12–6/13 | $50,000 | 100% |
| 18. | Walmart Foundation | Craft with Pride: Development and Deployment of Disruptive Manufacturing | 9/14–8/16 | $2,959,656 | 10% |
| | | CoPI — PI: S. Jayaraman | | | |

### As Investigator

| | Sponsor | Title | Dates | $ Funded | Contribution |
|---|---|---|---|---|---|
| 1. | Yamacraw | Embedded DSP Processing | 8/99–6/03 | – | Support for three students |
| 2. | Georgia Electronic Design Center | Embedded DSP Processing | 7/03–6/09 | $70,000 | 100% |
| 3. | Hewlett Packard | GT & HP Research Project Y2001 | 1/01–12/01 | $275,000 | 30% |
| | Fellow Investigators: R. Schafer, J. Jackson, M. Hans | | | | |
| 4. | Yamacraw | Education–Short Course | 1/01-6/01 | $300,000 | 20% |
| | Fellow Investigator: T. Barnwell | | | | |
| 5. | Hewlett Packard | GT & HP Research Project Y2002 | 1/02–12/02 | $275,000 | 30% |
| | Fellow Investigators: R. Schafer, J. Jackson, M. Hans | | | | |
| 6. | Hewlett Packard | GT & HP Research Project Y2003 | 1/03–12/03 | $105,000 | 100% |
| 7. | Hewlett Packard | GT & HP Research Project Y2004 | 1/04–12/04 | $93,000 | 100% |
| 8. | Hewlett Packard | GT & HP Research Project Y2005 | 1/05–12/05 | $93,000 | 100% |
| 9. | Georgia Tech Analog Consortium | Texas Instruments Fellows Program | 8/01–12/02 | — | Support for three students |
| 10. | Georgia Tech Analog Consortium | Texas Instruments Fellows Program | 1/03–present | — | Support for two students |
| 11. | Texas Instruments | TI Leadership University | 8/04–present | | Support for one student |

| 12. | Aware Home Research Initiative | Speaker Identification | 7/01–12/01 | — | Support for one student |
|-----|--------------------------------|------------------------|------------|---|-------------------------|

### Other Funding

- Received Georgia Tech Technology Fee Grant for class laboratory development: $29,490 (Fall 2002).
- Procured a donation of FPGA boards for use by twenty students in DSP Systems class (Summer 2002).
- Procured a donation of forty TI MSP430 development systems for use in senior design and research (Fall 2002).
- Institute for Neuromorphic Engineering Research Collaboration Network travel grant (funded by the NSF): $3,500 (Fall 2003)
- Institute for Neuromorphic Engineering Research Collaboration Network travel grant (funded by the NSF): $5,400 (Summer 2004)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 14, 2018, a true and correct copy of the

foregoing:

**EXPERT REPORT OF DAVID V. ANDERSON ON CLAIM
CONSTRUCTION OF ASSERTED U.S. PATENT NO. 9,183,846**

was served as follows:

☒      **[E-Mail]** By causing the above documents to be sent via electronic mail to the
parties at the email addresses listed below.  I am aware that service is presumed invalid if the
email transmission is returned as undeliverable.

Todd R. Tucker                                       *Attorneys for Plaintiff*
ttucker@calfee.com                              *Hytera Communications Corp. Ltd.*
Joshua M. Ryland
jryland@calfee.com
Mark W. McDougall
mmcdougall@calfee.com
Joshua A. Friedman
jfriedman@calfee.com
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Telephone: (216) 622-8200
Facsimile: (216) 241-0816


Dated:  March 14, 2018

                                                          */s/ Jon R. Carter*
                                                          *One of the Attorneys for Defendant*
                                                          *Motorola Solutions Inc.*